# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LISA-MARIE BROWN, | ) |
|    Plaintiff, | ) ) ) |
| v. | ) No. _____ |
| UNION COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION and UNION COUNTY PUBLIC SCHOOLS, officially, and DR. JAMES CARTER, officially and individually, | ) ) ) ) ) ) ) ) |
|    Defendants. | ) |

## NOTICE OF REMOVAL

Defendants Union County Public Schools Board of Education, Union County Public Schools and Dr. James Carter, having been appropriately served in this matter, hereby appear, by and through counsel, and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446 would show the Court as follows:

1. The Plaintiff originally filed this action against these Defendants on or about February 27, 2023 in the Chancery Court for Union County, Tennessee, bearing docket number 7395. Defendant Union County Public Schools Board of Education was served with a copy of the Summons and Complaint on or about February 28, 2023. Defendant Union County Public Schools was served with a copy of the Summons and Complaint on or about February 28, 2023. Dr. James Carter was served with a copy of the Summons and Complaint on or about February 28, 2023.

2. This Court has jurisdiction over the above-styled cause of action pursuant to 28 U.S.C. § 1331.

3. The United States District Court for the Eastern District of Tennessee at Knoxville, embracing Union County, Tennessee, in which the Chancery Court action is currently pending, is the proper venue for removal of this action.

4. Plaintiff has alleged violations of her rights under the First Amendment to the United States Constitution.

5. The pleadings filed with the Chancery Court for Union County included with this Notice of Removal is attached hereto as Exhibits 1-4.

6. Written notice of the filing of this Notice of Removal has been filed with the Chancery Court for Union County, Tennessee.

7. This Notice of Removal has been filed within thirty (30) days of these Defendants' first notice that the Plaintiff has alleged a basis for federal question jurisdiction.

8. These Defendants expressly reserve the right to raise all defenses and objections after the action has been removed to this Court.

WHEREFORE, these Defendants respectfully pray that the above-captioned cause of action be removed from the Chancery Court for Union County, Tennessee, to the United States District Court for the Eastern District of Tennessee at Knoxville.

RESPECTFULLY SUBMITTED this 24th day of March, 2023.

| | |
|---|---|
| DR. JAMES CARTER | UNION COUNTY PUBLIC SCHOOLS BOARD OF EDUCATION and |
| By: /s/ Benjamin K. Lauderback<br>BENJAMIN K. LAUDERBACK<br>BPR No. 020855<br>WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.<br>900 S. Gay St., Suite 1500<br>Knoxville, TN 37902<br>blauderback@watsonroach.com | UNION COUNTY PUBLIC SCHOOLS, officially<br><br>By: /s/ Jonathan S. Taylor w/permission by Benjamin K. Lauderback<br>JONATHAN S. TAYLOR<br>BPR No. 025094<br>TAYLOR & KNIGHT PC<br>800 S. Gay Street, Suite 600 |

2

Knoxville, TN 37929
jstaylor@taylorknightlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. mail and e-mail. Parties may access this filing through the Court's electronic filing system.

Adam Strachn, Esq.
LAW OFFICE OF ADAM STRACHN, PLLC
11124 Kingston Pike, Suite 119-317
Knoxville, TN 37934
adam@strachnlaw.com

Dated this 24th day of March, 2023.

By: /s/ Benjamin K. Lauderback
BENJAMIN K. LAUDERBACK